# UNITED STATES DISTRICT COURT
## For the
## Southern District of Iowa

| | |
|---|---|
| Robert Wolfe, II and Patricia Wolfe,<br><br>Plaintiffs,<br><br>vs.<br><br>Donna M. Simpson and<br>Werner Enterprises, Inc.,<br><br>Defendants. | Civil Action No.: 4:19-cv-0008<br><br><br>**COMPLAINT** |

Plaintiffs, for their Complaint, state:

## PARTIES

1. Plaintiffs Robert Wolfe II, and Patricia Wolfe have at all material times been residents of Austin, Mower County, Minnesota.

2. Defendant Donna Simpson has at all material times been a resident of Indianola, Sunflower County, Mississippi.

3. Defendant Werner Enterprises, Inc., is a corporation with its principal place of business in Omaha, Douglas County, Nebraska.

## JURISDICTION

4. The court has subject matter jurisdiction under 28 U.S.C. § 1332 because of diversity of citizenship. The amount in controversy exceeds $75,000. The court has personal jurisdiction over the parties because the accident giving rise to this lawsuit occurred in Polk County, Iowa.

## FACTS

5. On February 17, 2018, Plaintiff Robert Wolfe II, was driving a motor vehicle in a southbound direction on Interstate 35, at or near mile marker 100, in Polk County Iowa, with Patricia Wolfe a front seat passenger.

6. On February 17, 2018, Defendant Donna M. Simpson was driving a motor vehicle in a southbound direction on Interstate 35, at or near mile marker 100, in Polk County Iowa, when she rear-ended the Plaintiffs' vehicle and caused a collision to occur between the two vehicles.

7. The accident between the two vehicles was caused by Defendant Donna M. Simpson, who was negligent in the following ways:

   (a)   failing to obey a stop light controlling traffic at the intersection of streets where the accident occurred;

   (b)   failing to yield to the right of way;

   (c)   failing to maintain control of her motor vehicle at all times;

   (d)   failing to maintain a proper lookout at all times.

8. Because Defendant Werner Enterprises, Inc., was the owner of the vehicle driven by Defendant Simpson, it is responsible for the acts of Ms. Simpson under Iowa Code § 321.493.

9. As a result of Defendant's negligence, Plaintiffs have sustained damages including past and future medical expenses, permanent injury, past and future physical and emotional pain and suffering, and past and future loss of enjoyment of life.

10. As a result of the Defendants' negligence, Plaintiff Patricia Wolfe has incurred a loss of the society, companionship and consortium of her husband, Robert Wolfe II, because of the injuries he received in said collision.

WHEREFORE, Plaintiffs Robert Wolfe II and Patricia Wolfe respectfully request that judgment be entered against Defendants in such amounts as will fairly and fully compensate

Plaintiffs for the injuries and damages sustained and to be sustained, for interest as allowed by law, and for the costs of this action.

## JURY DEMAND

Plaintiffs requests trial by jury on all issues of fact.

                                                Respectfully submitted,

DATED: 1-7-19

                                                _____
Thomas D. Wolle, AT0008564
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Telephone: 319-366-7641
Fax: 319-366-1917
twolle@simmonsperrine.com

ATTORNEY FOR PLAINTIFFS