UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ROBERT WOLFE, II AND PATRICIA WOLFE,<br><br>Plaintiffs,<br><br>v.<br><br>DONNA M. SIMPSON, WERNER ENTERPRISES, INC., AND DANTE HARROW<br><br>Defendants. | CIVIL ACTION NO. 4:19-cv-0008<br><br><br><br>JOINT REQUEST TO CANCEL SCHEDULING CONFERENCE AND NOTIFICATION OF SETTLEMENT |

**COMES NOW** the Plaintiffs and the Defendants and pursuant to TEXT ORDER re [23] and hereby jointly report the Parties have reached a settlement in this matter. The parties are working on finalizing settlement documents. Plaintiff will file a dismissal with prejudice soon upon completion of the settlement documents. As the parties have reached a settlement, there are no issues to be discussed and the Status Conference scheduled for November 19, 2019 may be canceled.

Respectfully submitted,

*/s/ Thomas D. Wolle*
Thomas D. Wolle         (AT0008564)
Simmons, Perrine, Moyer, Bergman, PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA  52401
Telephone:    319-366-7641
Fax:               319-366-1917
twolle@simmonsperrine.com

Paul R. Dahlberg, #228217

330 South Broadway
Rochester, MN 55904
(507) 424-3000
p.dahlberg@pattersondahlberg.com

ATTORNEYS FOR PLAINTIFFS


*/s/  Aaron J. Redinbaugh*
Frederick T. Harris         (AT0003198)
J. R. Kappelman            (AT0012719)
Aaron J. Redinbaugh        (AT0012356)
FINLEY LAW FIRM
699 Walnut Street, Suite 1700
Des Moines, IA  50309
Telephone:  (515) 288-0145
Facsimile:  (515) 288-2724
Email: aredinbaugh@finleylaw.com
ATTORNEYS FOR DEFENDANTS

Original Efiled

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 6th of November, 2019 by:

☐ U.S. Mail          ☐ FAX
☐ Hand Delivered    ☐ UPS
☐ Federal Express   ☒ Electronic Filing
☐ Other _____

/s/ Karen Hinrichsen

2