IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ROBERT WOLFE, II AND PATRICIA WOLFE,<br><br>     Plaintiffs,<br><br>vs.<br><br>DONNA M. SIMPSON, WERNER ENTERPRISES, INC., AND DANTE HARROW LOGISTICS, L.L.C.,<br><br>     Defendants. | Case No. 4:19-cv-0008<br><br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to Plaintiffs' dismissal with prejudice of all claims made against Defendants in the Complaint filed in the above-captioned lawsuit.

Respectfully submitted,

SIMMONS PERRINE MOYER BERGMAN PLC

_____
Thomas D. Wolle, AT0008564
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Telephone: 319-366-7641
Fax: 319-366-1917
twolle@simmonsperrine.com

PATTERSON DAHLBERG

 /s/ Paul R. Dahlberg
Paul R. Dahlberg, #228217
Attorneys for Plaintiffs
330 South Broadway
Rochester, MN 55904
(507) 424-3000
p.dahlberg@pattersondahlberg.com

ATTORNEYS FOR PLAINTIFFS


      /s/ Aaron J. Redinbaugh
Frederick T. Harris        (AT0003198)
J. R. Kappelman            (AT0012719)
Aaron J. Redinbaugh        (AT0012356)
FINLEY LAW FIRM
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Telephone: (515) 288-0145
Facsimile: (515) 288-2724
Email: aredinbaugh@finleylaw.com

ATTORNEYS FOR DEFENDANTS


**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2019, I filed the foregoing with the Clerk of Court using the ECF system.


_____